No. 568.   LADNER *v.* UNITED STATES.   Certiorari, 352 U. S. 907, to the United States Court of Appeals for the Fifth Circuit.   It is ordered that *Harold Rosenwald, Esquire,* of Boston, Massachusetts, a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 64.   LIBSON SHOPS, INC., *v.* KOEHLER, DISTRICT DIRECTOR OF INTERNAL REVENUE.   Certiorari, 351 U. S. 961, to the United States Court of Appeals for the Eighth Circuit.   The motion for leave to file brief of Newmarket Manufacturing Company, as *amicus curiae,* is granted with leave to parties to respond if so advised.   *Louis Eisenstein* for movant.

No. 92.   SCHWARE *v.* BOARD OF BAR EXAMINERS OF NEW MEXICO.   Certiorari, 352 U. S. 821, to the Supreme Court of New Mexico.   The motion for leave to file brief of Harriet Buhai, as *amicus. curiae,* is denied.

No. 103.   NATIONAL LABOR RELATIONS BOARD *v.* TRUCK DRIVERS LOCAL UNION No. 449, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, A. F. L.   Certiorari, 352 U. S. 818, to the United States Court of Appeals for the Second Circuit.   The motion of Linen and Credit Exchange et al. for leave to appear and present oral argument, as *amici curiae,* is denied.

No. 572.   PEREZ *v.* BROWNELL, ATTORNEY GENERAL. Certiorari, 352 U. S. 908, to the United States Court of Appeals for the Ninth Circuit.   The motion for waiver of payment of Clerk's costs and to print petitioner's briefs and record at public expense is granted.   *Fred Okrand* for movant.